UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

    v.                                                Case No. 07-CR-6

**MARTIN DE LA CRUZ,**
        **Defendant.**

---

## ORDER

---

The defendant, Martin De La Cruz ("De La Cruz"), has filed a motion for discovery, a motion to adjourn the jury trial, and a motion to establish a new briefing schedule. Chief Judge Rudolph T. Randa has granted the defendant's motion to adjourn the jury trial and has referred the defendant's remaining motions to this court. In light of the defendant's motion to compel discovery, the court hereby orders the present briefing schedule suspended and sets the following briefing schedule to address the defendant's motion for discovery:

The government shall respond to the defendant's motion to compel discovery no later than **February 20, 2007**.

Any reply shall be submitted no later than **February 26, 2007**.

The court shall conduct an in-court status conference with counsel on **February 28, 2007** at **9:30 AM** in Courtroom 254 of the United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin. At this status conference, further scheduling shall be discussed. The defendant shall not be required to appear.

Dated at Milwaukee, Wisconsin this <u>14th</u> day of February, 2007.

                                                            s/AARON E. GOODSTEIN
                                                            U.S. Magistrate Judge